ents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

INTER-CITY MANAGEMENT CORP., Appellant, v. MAX SCHNUR, Respondent. CONTINENTAL CASUALTY COMPANY, Appellant.— Order unanimously modified by reducing the referee's fee to the sum of seventy-five dollars, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ABRAHAM BABIN, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application for a Subpœna Directed to LUELLA MAE RADEL, Now Known as LUELLA MAE LANDAU, Also Known as LUELLA MAE SNYDER, Requiring Her to Testify Pursuant to a Notice to Take a Deposition Duly Issued in a Proceeding Pending in the Court of Common Pleas, Allen County, State of Ohio, Wherein LUELLA MAE RADEL Is Plaintiff, Appellant, and NATHAN RADEL, Is Defendant, Respondent. In the Matter of the Application for a Subpœna Directed to CONSOLIDATED EDISON CO., INC., etc., Requiring Them to Testify Pursuant to a Notice to Take a Deposition Duly Issued in a Proceeding Pending in the Court of Common Pleas, Allen County, State of Ohio, Wherein LUELLA MAE RADEL Is Plaintiff, Appellant, and NATHAN RADEL Is Defendant, Respondent.— Order entered June 2nd, 1939, unanimously reversed and motion to punish for contempt denied. Order entered July 14th, 1939, unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Proceedings Supplementary to Execution by MARWILL REALTY CORPORATION and VIVIAN ZEL HOLDING CO., INC., Judgment Creditors, Respondents, against NATE D. SHORR and Others, Judgment Debtors, CHARLES MOREY SIEGEL and JACK FELDSHUH, Judgment Debtors, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HENRIETTA EBERHARDT, Appellant, v. CHARLES M. SIEGEL and ARTHUR A. OLDHAM, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. (See *Brady* v. *The Mayor, Aldermen and Commonalty of the City of New York,* 14 App. Div. 152.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WASIL KATZOVITCH, Appellant, v. FIDELITY PHŒNIX FIRE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GEFREE REALTY CORP., Respondent, v. MYRON J. KLEBAN, Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

AGNES PROSS, Respondent, v. JACOB PROSS, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.